IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYAN E. RANSOM,

    Plaintiff,

v.

DEPUTY DIRECTOR DUNCAN, et al.,

    Defendants.
                                      /

No. C 08-02256 CW (PR)

ORDER OF TRANSFER

    Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.  He has been granted leave to proceed in forma pauperis.  The acts complained of occurred at High Desert State Prison, which is located in the Eastern District of California, and it appears that the Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

Dated: 10/15/08

                                          CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BRYAN E RANSOM,

        Plaintiff,

  v.

DUNCAN et al,

        Defendant.

Case Number: CV08-02256 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bryan E. Ransom   H71641
P.O. Box 3030
Susanville, CA 96127

Dated: October 15, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk