1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
8                        SACRAMENTO DIVISION

9   BRYAN G. RANSOM,

10              Plaintiff,          NO. CV-08-2458-EFS (PC)

11       v.                         **ORDER GRANTING PLAINTIFF'S**
                                    **MOTION FOR CHANGE OF VENUE**
12   DUNCAN, Deputy Director of
     CDCR, JOHN DOES 1-10,
13
                Defendants.
14

15       Before the Court, without oral argument, is *pro se* Plaintiff Bryan

16   G. Ransom's Motion for Change of Venue.  Plaintiff asks that venue be

17   changed from the Sacramento Division to the Fresno Division in the

18   Eastern District of California.  Under 28 U.S.C. § 1391(b), venue is

19   appropriate in a federal question lawsuit in "a judicial district in

20   which a substantial part of the events or omissions giving rise to the

21   claim occurred."  Here, Plaintiff alleges that he received deliberately

22   indifferent medical care while housed at the Corcoran State Prison, which

23   is located in the Eastern District of California.  Both Sacramento and

24   Fresno are located in the Eastern District of California as well;

25   accordingly, venue lies in both locations.  Nevertheless, because

26   Corcoran State Prison - where Plaintiff is currently incarcerated - is

ORDER * 1

1   located two hours closer to Fresno than Sacramento, the Court transfers

2   this case to the Eastern District of California Fresno Division.

3       Accordingly, **IT IS HEREBY ORDERED:**  Plaintiff's Motion for Change

4   of Venue **(Ct. Rec. 10)** is **GRANTED.**  This lawsuit shall be transferred to

5   the Fresno Division of the Eastern District of California.

6       **IT IS SO ORDERED.**  The District Court Executive is directed to enter

7   this Order and provide a copy to Plaintiff.

8       **DATED** this $\underline{13^{th}}$ day of January 2009.

9

10

                                S/ Edward F. Shea
11   _____
                                EDWARD F. SHEA
12                          United States District Judge

13   C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2458.venue.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2